# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

RECEIVED NOV 21 2016 U.S. MARSHAL HARRISONBURG, VA

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 5:16CV00076 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| All 50 pound high heat nonfat drymilk [illegible] Valley Milk Products | Warrant of Arrest in Rem |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Valley Milk Products, LLC

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

605 N. Loudoun Street, Winchester, VA 22601

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

United States Attorney's Office
Attention: Joseph W. H. Mott, AUSA
P. O. Box 1709
Roanoke, VA 24008-1709

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

U.S. DISTRICT COURT AT HARRISONBURG, VA
FILED
NOV 29 2016
JULIA C. DUDLEY, CLERK
BY: [signature] DEPUTY CLERK

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: (540) 857-2250
DATE: 11/21/16

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
*(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | 84 | 84 | [signature] | 11/21/16 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:
Mike Curtis, Director of Sales

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 11/22/16   Time: 9:30 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 130.00 | 75.00 | | 205.00 | | $0.00 |

REMARKS:

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" | |
|---|---|---|---|
| PLAINTIFF<br>United States of America | | COURT CASE NUMBER<br>5:16CV00076 | |
| DEFENDANT<br>All 50 pound high heat nonfat drymilk... of Valley Milk Products | | TYPE OF PROCESS<br>Warrant of Arrest in Rem | |




RECEIVED NOV 21 2016 U.S. MARSHAL HARRISONBURG, VA

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Valley Milk Products, LLC |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 412 E. King Street, Strasburg, VA 22657 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | |
|---|---|---|
| United States Attorney's Office<br>Attention: Joseph W. H. Mott, AUSA<br>P. O. Box 1709<br>Roanoke, VA 24008-1709 | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                           Fold

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER (540) 857-2250   DATE 11/21/16

/s/ Joseph W.H. Mott

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 84 | District to Serve<br>No. 84 | Signature of Authorized USMS Deputy or Clerk | Date<br>11/21/16 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Mike Curtis   Director of Sales | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|
| Address (complete only different than shown above) | Date<br>11/22/16 | Time<br>9:30  ☒ am  ☐ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee<br>130.00 | Total Mileage Charges including endeavors)<br>60.00 | Forwarding Fee | Total Charges<br>190.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:

DISTRIBUTE TO:  1. CLERK OF THE COURT
                2. USMS RECORD
                3. NOTICE OF SERVICE
                4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
                5. ACKNOWLEDGEMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

RECEIVED NOV 21 2016 U.S. MARSHAL HARRISONBURG, VA

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 5:16CV00076 |
| DEFENDANT | TYPE OF PROCESS |
| All 50 pound high heat nonfat drymilk... Valley Milk Products | Warrant of Arrest in Rem |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Valley Milk Products, LLC

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
188 Brooke Road, Winchester, VA 22601

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

United States Attorney's Office
Attention: Joseph W. H. Mott, AUSA
P. O. Box 1709
Roanoke, VA 24008-1709

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold ... Fold

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: (540) 857-2250
DATE: 11/21/16

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 84 | 84 | | 11/21/16 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Mike Curtis Director of Sales

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 11/22/16  Time: 9:30 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 130.00 | 75.00 | | 205.00 | | $0.00 |

REMARKS:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OR RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13